UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   17-0319-01 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| MATTHEW A. BEAUDION | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on April 10, 2019, for administration of guilty plea and allocution of the defendant Matthew A. Beaudion under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with his counsel, Mr. Cameron Murray.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his conditional plea of guilty is knowing and voluntary, and his conditional guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.  In addition, both the government and the defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the conditional guilty plea of defendant Matthew A. Beaudion in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Matthew A. Beaudion be finally adjudged guilty of the offense charged in Count One of the Indictment, reserving his right to appeal the adverse ruling on his motion to suppress.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 10th day of April 2019.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE