UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 17-0319-01 |
|---|---|---|
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| MATTHEW A. BEAUDION | * | MAG. JUDGE KAREN L. HAYES |

## **O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of the defendant Matthew A. Beaudion and adjudges him guilty of the offense charged in Count One of the indictment against him, reserving his right to appeal the adverse ruling on his motion to suppress

THUS DONE AND SIGNED, in Chambers, at Shreveport, Louisiana, this 15th day of April, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT